**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Samuel D Levin | : | |
| | : | |
| Debtor | : | Bankruptcy No : 18-11304-elf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/1/18 , this case is hereby DISMISSED.

Dated: 4/2/18

Eric L. Frank
United States Bankruptcy Judge

Missing Documents:    Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Means Test Calculation Form 122C-2
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1

bfmisdoc elf (1/22/15)